Certificate Number: 13858-PAW-DE-040139857

Bankruptcy Case Number: 25-21826



13858-PAW-DE-040139857

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 29, 2025, at 11:09 o'clock AM EDT, Vincent Miller completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   September 29, 2025              By:   /s/Wendel Ruegsegger

                                        Name:   Wendel Ruegsegger

                                        Title:   Counselor