**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/10/2026

IN RE:

VINCENT I.P. MILLER
101 WINDSOR COURT
MONROEVILLE,  PA  15146
XXX-XX-9406          Debtor(s)

Case No.25-21826 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

  NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

  This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

  This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

  The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/10/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

## CLAIM RECORDS

| Creditor | Address | Trustee Claim # | Court Claim # | INT % | Claim | Cred Desc | Account No. | Comment |
|---|---|---|---|---|---|---|---|---|
| **ARVEST BANK** | PO BOX 395, LITTLE ROCK, AR 72203 | 1 | 9 | 0.00% | 0.00 | MORTGAGE REGULAR PAYMEN | 8340 | CL9GOV*$565/PL*BGN 8/25*$587.15X60+2=LMT |
| **JPMORGAN CHASE BANK NA** | 3415 VISION DR, MAIL CODE OH4-7142, COLUMBUS, OH 43219 | 2 | 10 | 0.00% | 0.00 | MORTGAGE REGULAR PAYMEN | 7145 | PMT/DECL*DK4LMT*BGN 8/25 |
| **NATIONSTAR MORTGAGE LLC(*)** | PO BOX 619094, DALLAS, TX 75261-9741 | 3 | 11 | 0.00% | 0.00 | MORTGAGE REGULAR PAYMEN | 3489 | CL11GOV*1500/PL*1500.79x(60+2)=LMT*BGN 8/25 |
| **PENNYMAC LOAN SERVICES LLC** | PO BOX 660929, DALLAS, TX 75266-0929 | 4 | 13 | 0.00% | 0.00 | MORTGAGE REGULAR PAYMEN | 5079 | CL13GOV*1850/PL*1851x(60+2)=LMT*BGN 8/25 |
| **PENNYMAC LOAN SERVICES LLC** | PO BOX 660929, DALLAS, TX 75266-0929 | 5 | 4 | 0.00% | 0.00 | MORTGAGE REGULAR PAYMEN | 7391 | CL4GOV*$595.41/PL*BGN 8/25*$584.28X60+2=LMT |
| **US BANK NA** | PAYMENT PROCESSING, 3751 AIRPARK MAIL CODE CN-KY-APDC, OWENSBORO, KY 42301 | 6 | 14 | 8.00% | 11,110.12 | VEHICLE | 2979 | $11,061@8%/PL |
| **AMERICAN EXPRESS NATIONAL BANK** | C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701 | 7 | 5 | 0.00% | 3,997.11 | UNSECURED CREDITOR | 2004 | X1883/SCH |
| **BANK OF AMERICA**** | RETAIL PAYMENT SERVICES, PO BOX 660933, DALLAS, TX 75266-0933 | 8 | | 0.00% | 0.00 | UNSECURED CREDITOR | 2446 | NT ADR/SCH |
| **PORTFOLIO RECOVERY ASSOCIATES LLC** | PO BOX 12914, NORFOLK, VA 23541 | 9 | 21 | 0.00% | 406.11 | UNSECURED CREDITOR | 7901 | BARCLAYS |
| **LVNV FUNDING LLC** | C/O RESURGENT CAPITAL SVCS, PO BOX 10587, GREENVILLE, SC 29603-0587 | 10 | 17 | 0.00% | 10,422.41 | UNSECURED CREDITOR | 0635 | CITIBANK |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **CAPITAL ONE NA S/B/M TO DISCOVER BANK**<br>PO BOX 3025<br><br>NEW ALBANY, OH  43054 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  11,943.18<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2074 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B/**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  8,461.79<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8346 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  11,132.25<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0818 |
| **SERVICE FINANCE COMPANY LLC**<br>555 S FEDERAL HWY STE 200<br><br>BOCA RATON, FL  33432 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:20<br><br>CLAIM:  12,210.80<br>COMMENT:  INSUFF POD* LOAN 4/12/23 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1363 |
| **SERVICE FINANCE COMPANY LLC**<br>555 S FEDERAL HWY STE 200<br><br>BOCA RATON, FL  33432 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  5,777.04<br>COMMENT:  INSUFF POD*LOAN 11/9/22 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9313 |
| **JEFFERSON CAPITAL SYSTEMS LLC(*)**<br>PO BOX 772813<br><br>CHICAGO, IL  60677-2813 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  3,016.63<br>COMMENT:  REF 4077857749*AMZN/SYNC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9786 |
| **SYNCHRONY BANK**<br>PO BOX 669807*<br><br>DALLAS, TX  75266 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR~SAMS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6746 |
| **TD BANK USA NA\*\***<br>C/O WEINSTEIN & RILEY PS(*)<br>PO BOX 93024<br><br>LAS VEGAS, NV  89193-3024 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  2,394.28<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5458 |
| **WELLS FARGO BANK NA**<br>ATTN PAYMENT PROCESSING<br>PO BOX 14487<br><br>DES MOINES, IA  50309 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  7,543.24<br>COMMENT:  X3698/SCH*659840833 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0833 |
| **WH BURKLEY LLP(*)**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **MCCALLA RAYMER ET AL**<br>NATL BANKRUPTCY DEPT**<br>1544 OLD ALABAMA RD**<br>ROSWELL, GA 30076-2102 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **MDK LEGAL**<br>PO BOX 165028<br>COLUMBUS, OH 43216-5028 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JPMORGAN CHASE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 276.72<br>COMMENT: CL4GOV*$0/PL*THRU 7/25 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7391 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:26 INT %: 10.00%<br>Court Claim Number:6-2<br>CLAIM: 1,433.52<br>COMMENT: CL6-2GOV*23-C-157;THRU 7/14/25*NT/SCH*NOT PROV/PL*WNTS 10%*W/27*AMD | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C157 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:6-2<br>CLAIM: 17.20<br>COMMENT: CL6-2GOV*23-C-157;THRU 7/14/25*NON%*NT/SCH*NT/PL*W/26*AMD | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: C157 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:28 INT %: 10.00%<br>Court Claim Number:7<br>CLAIM: 468.57<br>COMMENT: CL7GOV*75-G-291;THRU 7/14/25*NT/SCH*NT/PL*WNTS 10%*W/29 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G291 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 3.56<br>COMMENT: CL7GOV*75-G-291;THRU 7/14/25*NON%*NT/SCH*NT/PL*W/28 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: G291 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:30 INT %: 10.00%<br>Court Claim Number:8<br>CLAIM: 3,093.97<br>COMMENT: CL8GOV*76-S-34;THRU 7/14/25*NT/SCH*NT/PL*WNTS 10%*W/31 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6S34 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA 15219 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 99.94<br>COMMENT: CL8GOV*76-S-34;THRU 7/14/25*NON%*NOT PROV/PL*W/30 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 6S34 |
| **ARVEST BANK**<br>PO BOX 395<br><br>LITTLE ROCK, AR 72203 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 116.46<br>COMMENT: CL9GOV*$0/PL*THRU 7/25 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 8340 |
| **JPMORGAN CHASE BANK NA**<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH 43219 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 351.25<br>COMMENT: CL10GOV*$0/PL*THRU 7/25 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7145 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br><br>DALLAS, TX 75261-9741 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 349.40<br>COMMENT: CL11GOV*$0/PL*THRU 7/25 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3489 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br><br>DALLAS, TX 75266-0929 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 778.72<br>COMMENT: CL13GOV*$0/PL*THRU 7/25 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5079 |
| **CITIBANK NA**<br>400 WHITE CLAY CENTER DR<br><br>NEWARK, DE 19711 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 23,092.97<br>COMMENT: NT/SCH*COSTCO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4238 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:24<br><br>CLAIM: 446.05<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3787 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:23<br><br>CLAIM: 22.15<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2786 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:22<br><br>CLAIM: 79.50<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4608 |