FILED
4/29/26 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: VINCENT I. P. MILLER )

) **Case No. 25-21826-GLT**

)

) **Chapter 13**

Debtor(s). )

) Related Dkt. No. 36
_____ )

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐ a motion to dismiss case or certificate of default requesting dismissal
☐ a plan modification sought by:
☐ a motion to lift stay
as to creditor _____
☒ Other: **to provide for payment of Peoples Natural Gas Company, LLC per Order entered 4/8/26 (Doc 32)**

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated 7-28-25
☐ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Debtor(s) Plan payments shall be changed from **$8,316.00 to $8,432.73 per month,** effective **MAY 2026**; and/or the Plan term shall be changed from ___ months to ____ months.                                          .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

-1-

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒ Other:
➢ **Peoples Gas to be paid per Order of Court dated 4-8-26 (Doc 32) as a priority administrative claim**

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this 29th day of ____April____, 2026

_____
United States Bankruptcy Judge

Stipulated by:                              Stipulated by:

_/s/Charles J. Grudowski, Esquire_         /s/Dennis Sloan_____
Counsel to Debtor                          Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-21826-GLT |
| Vincent I.P. Miller | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 29, 2026 | Form ID: pdf900 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vincent I.P. Miller, 101 Windsor Court, Monroeville, PA 15146-4310 |
| 16557147 | | Us Bank, Attn Consumer Bureau Mgmt Dept, Oshkosh, WI 54903 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 30 2026 00:25:00 | Nationstar Mortgage LLC, c/o McCalla Raymer Leibert Pierce, LLP, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 30 2026 00:25:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Apr 30 2026 00:25:00 | Pittsburgh Water and Sewage Authority, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16572549 | | Email/Text: bankruptcy@arvest.com | Apr 30 2026 00:25:00 | Arvest Bank, 500 Broadway St, Little Rock, AR 72201 |
| 16572295 | | Email/PDF: bncnotices@becket-lee.com | Apr 30 2026 00:23:17 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16557132 | + | Email/PDF: bncnotices@becket-lee.com | Apr 30 2026 00:23:09 | Amex, Correspondence/Bankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 16557133 | | Email/Text: bankruptcy@arvest.com | Apr 30 2026 00:25:00 | Arvest Bank, Attn: Bankruptcy, 804 John Morrow Rd, Ste 1, Little Rock, AR 72205 |
| 16557134 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 30 2026 00:25:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16557135 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 30 2026 00:25:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 16563724 | | Email/Text: mrdiscen@discover.com | Apr 30 2026 00:25:00 | Capital One, N.A., successor by merger to Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 16557136 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 30 2026 00:23:08 | Chase Mortgage, Attn: Legal Correspondence Center, 700 Kansas Ln Mail Code La4-7200, Monroe, LA 71203-4774 |
| 16557137 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 30 2026 00:41:50 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 16578936 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 30 2026 00:41:50 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16557138 | + | Email/Text: mrdiscen@discover.com | Apr 30 2026 00:25:00 | Discover Financial, Attn: Bankruptcy, Po Box |

District/off: 0315-2

Date Rcvd: Apr 29, 2026

User: auto

Form ID: pdf900

Page 2 of 3

Total Noticed: 39

| | | | 3025, New Albany, OH 43054-3025 |
|---|---|---|---|
| 16582061 | + Email/Text: jdryer@bernsteinlaw.com | Apr 30 2026 00:25:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16574315 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 30 2026 00:26:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16565181 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Apr 30 2026 00:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16573104 | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 30 2026 00:23:12 | JPMorgan Chase Bank, National Association, Attn: Correspondence Mail, Mail Code LA4-5555 700 Kansas Lane, Monroe Louisiana 71203 |
| 16557139 | + Email/PDF: ais.chase.ebn@aisinfo.com | Apr 30 2026 00:23:12 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 16580360 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 30 2026 00:23:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16573378 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2026 00:25:00 | Nationstar Mortgage LLC, Bankruptcy Department, PO Box 619096, Dallas TX 75261-9741 |
| 16557140 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 30 2026 00:25:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 16581312 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 30 2026 00:25:00 | PNC Bank, National Association, PO BOX 94982, Cleveland, OH 44101 |
| 16557142 | Email/Text: Bankruptcy.Notices@pnc.com | Apr 30 2026 00:25:00 | PNC Financial, Attn: Bankruptcy, 300fifth Ave, Pittsburgh, PA 15222 |
| 16581671 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 30 2026 00:23:09 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 16557141 | + Email/PDF: ebnotices@pnmac.com | Apr 30 2026 00:41:35 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 16571915 | + Email/PDF: ebnotices@pnmac.com | Apr 30 2026 00:41:50 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 16572355 | + Email/Text: ebnpwsa@grblaw.com | Apr 30 2026 00:25:00 | Pittsburgh Water and Sewage Authority, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16557143 | + Email/Text: servicing@svcfin.com | Apr 30 2026 00:25:00 | Service Finance Company, Attn: Bankruptcy, 555 South Federal Highway, Boca Raton, FL 33432-6033 |
| 16581340 | + Email/Text: bankruptcy@bbandt.com | Apr 30 2026 00:25:00 | Service Finance Company, a division of Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |
| 16557144 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2026 00:23:08 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16557145 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 30 2026 00:23:17 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 16569601 | Email/Text: bncmail@w-legal.com | Apr 30 2026 00:25:00 | TD Bank USA, N.A., C/O Weinstein & Riley, PS, 749 GATEWAY, SUITE G-601, ABILENE, TX 79602 |
| 16557146 | + Email/Text: bncmail@w-legal.com | Apr 30 2026 00:25:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 16577288 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Apr 30 2026 00:25:00 | U.S. Bank National Association, Bankruptcy Department, 2800 Tamarack Road, Owensboro, Kentucky 42301 |
| 16578342 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 30 2026 00:23:17 | Wells Fargo Bank, N.A., PO Box 10438, MAC |

District/off: 0315-2

User: auto

Page 3 of 3

Date Rcvd: Apr 29, 2026

Form ID: pdf900

Total Noticed: 39

| | | | F8235-02F, Des Moines, IA 50306-0438 |
|---|---|---|---|
| 16557148 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | |
| | | Apr 30 2026 00:23:09 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Pob 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | PENNYMAC LOAN SERVICES, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16581346 | *+ | Service Finance Company, a division of Truist Bank, PO Box 1847 / 100-50-01-51, Wilson, NC 27894-1847 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026

Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Bradley Hall | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION amps@manleydeas.com |
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com lemondropper75@hotmail.com;agilbert@bernsteinlaw.com |
| Charles James Grudowski | on behalf of Debtor Vincent I.P. Miller cjg@grudowskilaw.com  admin@grudowskilaw.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Matthew Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Pittsburgh Water and Sewage Authority rmonti@grblaw.com  aanderson@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8