**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Vincent I.P. Miller, | ) | |
| | ) | Bankruptcy No.  25-21826-GLT |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| | ) | **Hearing Date:  July 22, 2026** |
| Grudowski Law, P.C. | ) | **Hearing Time:  10:00 a.m.** |
| | ) | **Location:     U.S. Steel Tower** |
| Applicant, | ) | **600 Grant Street, 54th Floor** |
| | ) | **Pittsburgh, PA 15219** |
| vs. | ) | **Courtroom A** |
| | ) | |
| No Respondent(s), | ) | |
| | ) | |

**<u>SUMMARY COVER SHEET AND NOTICE OF HEARING WITH RESPONSE DEADLINE ON
PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF GRUDOWSKI LAW, P.C.</u>**

To All Creditors and Parties in Interest:

1.     Applicant represents Vincent I.P. Miller.

2.     This is an interim application for the period July 7, 2025 to June 11, 2026.

3.     Previous retainer paid to Applicant: $1,500.00

4.     Previous interim compensation allowed to Applicant through Chapter 13 plan: $5,000.00.

5.     Applicant requests additional:
Compensation of $2,945.00 in fees

6.     A hearing on the Application will be held at Courtroom A, 600 Grant Street, 54th Floor,
Pittsburgh, PA 15219, Judge Gregory L. Taddonio, on July 22, 2026 at 10:00 a.m.

7.     Any written objections must be filed with the court and served on Applicant on or before
June 28, 2026, seventeen (17) days from the date of this notice. Copies of the application are available
from the applicant.

1

TO THE RESPONDENT(S):

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than June 28, 2026 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

An in-person hearing will be held on July 22, 2026, at 10:00 a.m. before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form 2 via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Respectfully submitted,

Date of Service: June 11, 2026

/s/Charles J. Grudowski, Esquire
Attorney for Debtor(s)

PA-91231
**Grudowski Law, P.C.**
3925 Reed Boulevard
(412) 904-1940 Telephone
Email: CJG@GrudowskiLaw.com

2