FILED
7/1/26 6:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Vincent I.P. Miller, | ) | |
| | ) | Bankruptcy No.  25-21826-GLT |
| | ) | |
| Debtor. | ) | Chapter 13 |
| _____ | ) | |
| | ) | |
| Grudowski Law, P.C. | ) | **Hearing Date:  July 22, 2026** |
| | ) | **Hearing Time:  10:00 a.m.** |
| Applicant, | ) | **Location:     U.S. Steel Tower** |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s), | ) | |
| | ) | |

**ORDER OF COURT**

**AND NOW,** to-wit, this____1st____ day of _____July_____ , 2026 the **APPLICATION OF**

**GRUDOWSKI LAW, P.C. FOR INTERIM COMPENSATION AS COUNSEL FOR THE DEBTORS** is

approved for the total amount of **$7,945.00** for legal services rendered on behalf of the Debtor for the period

between July 7, 2025 through June 11, 2026.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through   the   plan.

Prepared by:    ___Charles Grudowski, Esq.___

**DEFAULT ENTRY**

Dated:   ___July 1, 2026_____

_____
Gregory L. Taddonio  **hct**
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                          Case No. 25-21826-GLT

Vincent I.P. Miller                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                      User: auto                              Page 1 of 2

Date Rcvd: Jul 02, 2026                   Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2026:**

**Recip ID              Recipient Name and Address**
db               +      Vincent I.P. Miller, 101 Windsor Court, Monroeville, PA 15146-4310

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2026 at the address(es) listed below:**

**Name                          Email Address**

Adam Bradley Hall
                               on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION amps@manleydeas.com

Brent J. Lemon
                               on behalf of Creditor Duquesne Light Company blemon@bernsteinlaw.com
                               aepiscopo@bernsteinlaw.com;agilbert@bernsteinlaw.com

Charles James Grudowski
                               on behalf of Debtor Vincent I.P. Miller cjg@grudowskilaw.com  admin@grudowskilaw.com

Jeffrey Hunt
                               on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Matthew Fissel
                               on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
                               ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-2                              User: auto                                          Page 2 of 2
Date Rcvd: Jul 02, 2026                           Form ID: pdf900                                   Total Noticed: 1

Richard Monti
                    on behalf of Creditor Pittsburgh Water and Sewage Authority rmonti@grblaw.com  aanderson@grblaw.com

Ronda J. Winnecour
                    cmecf@chapter13trusteewdpa.com


TOTAL: 8